## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### CASE NO.:

GAREY C. GOMEZ,

              Plaintiff,

v.

CABINET SHOWROOM LLC,

              Defendant.

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff GAREY C. GOMEZ by and through his undersigned counsel, brings this Complaint against Defendant CABINET SHOWROOM LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff GAREY C. GOMEZ ("Gomez") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Gomez's original copyrighted Work of authorship.

2. Gomez is a professional photographer from Atlanta, Georgia who works with architects, interior designers, construction firms and homebuilders to create beautiful portfolio imagery to showcase their work. He is a speaker and

educator in the world of architectural photography, and was the 2019 PFRE Photographer of the Year. Gomez's photographs have been featured in ArchDaily, Architizer, Curbed, Dezeen, Dwell, Fine Homebuilding and The Architect\'s Newspaper. His specialties are aerial, architecture, commercial, construction, education architectural, healthcare architectural, interiors, real estate, residential and twilight photography.

3.    Defendant CABINET SHOWROOM LLC ("CS") is a company that sells kitchen and vanity cabinet doors. At all times relevant herein, CS owned and operated the internet website located at the URL https://www.cabinetshowroom.com (the "Website").

4.    Gomez alleges that CS copied Gomez's copyrighted Work from the internet in order to advertise, market and promote its business activities. CS committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the CS' business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    CS is subject to personal jurisdiction in Georgia.

8.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, CS engaged in infringement in this district, CS resides in this district, and CS is subject to personal jurisdiction in this district.

## DEFENDANT

9.     Cabinet Showroom, LLC is a Georgia Limited Liability Company, with its principal place of business at 450 Fairford Lane, Johns Creek, GA, 30097, and can be served by serving its Registered Agent, Darshan Desai, at the same address.

## THE COPYRIGHTED WORK

10.     In 2017, Gomez created the photograph entitled "20170421.20170421-1054 Boulevard-424-Edit-Edit-Edit," which is shown below and referred to herein as the "Work."



**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

11.    Gomez registered the Work with the Register of Copyrights on February 26, 2020 as part of a group registration. The Group Registration was assigned registration number VA 2-198-256. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12.    At all relevant times Gomez was the owner of the copyrighted Work.

## INFRINGEMENT BY CS

13.    CS has never been licensed to use the Work for any purpose.

14.    On a date after the Work was created, but prior to the filing of this action, CS copied the Work.

15.    On or about January 28, 2025, Gomez discovered the unauthorized use of his Work on the Website, where it was used to advertise CS's "Shaker Misty Gray" kitchen cabinets sold through the Website.

16.    CS copied Gomez's copyrighted Work without Gomez's permission.

17.    After CS copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its cabinetry business.

18.    CS copied and distributed Gomez's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

19.     CS committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20.     Gomez never gave CS permission or authority to copy, distribute or display the Work for any purpose.

21.     Gomez notified CS of the allegations set forth herein on February 3, 2025 and April 8, 2025.  To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22.     Gomez incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Gomez owns a valid copyright in the Work.

24.     Gomez registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.     CS copied, displayed, and distributed the Work and made derivatives of the Work without Gomez's authorization in violation of 17 U.S.C. § 501.

26.     CS performed the acts alleged in the course and scope of its business activities.

27.     Defendant's acts were willful.

28.     Gomez has been damaged.

29.     The harm caused to Gomez has been irreparable.

WHEREFORE, Plaintiff GAREY C. GOMEZ prays for judgment against the Defendant CABINET SHOWROOM, LLC that:

a.    CS and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    CS be required to pay Gomez his actual damages and Defendant's profits attributable to the infringement, or, at Gomez's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Gomez be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Gomez be awarded pre- and post-judgment interest; and

e.    Gomez be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Gomez hereby demands a trial by jury of all issues so triable.

Dated: May 28, 2026                Respectfully submitted,

*/s/ Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Bar Number: (TN) 041350 (FL) 1056640
(GA) 685078
anthony.underwood@sriplaw.com

6
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

EVAN A. ANDERSEN
GA Bar Number: 377422
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750 Atlanta, GA 30326
470.200.0155 – Telephone
561.404.4353 – Facsimile


*Counsel for Plaintiff Garey C. Gomez*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS